BEFORE THE SECOND DIVISION, JANUARY 13, 1965

**No. 69001.**—Gross Plumbing & Rubber Co., Inc., et al. *v.* United States, protests 58/20714, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc. v. United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.